**Order entered July 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00398-CR

**FRANCES MAFNAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83715-2016**

## ORDER

Before the Court is court reporter Destiny Moses's July 9, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before July 23, 2018.


/s/  LANA MYERS
    JUSTICE